MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
*Attorney for Defendants-Appellees John L. Molinelli, John Higgins, Martin Delaney, Robert Anzilotti, and James Costello*

By: Azeem M. Chaudry (206962019)
  Deputy Attorney General
  (609) 696-5156
  Azeem.Chaudry@law.njoag.gov

**UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | |
|---|---|
| AAKASH DALAL,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>JOHN L. MOLINELLI, et al.,<br><br>*Defendants-Appellees*. | Case No. 24-2649<br><br>On Appeal from the United States District Court for the District of New Jersey, Docket No. 20-1434<br><br>**DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

To: Office of the Clerk
   United States Court of Appeals for the Third Circuit
   U.S. Courthouse
   601 Market Street
   Philadelphia, PA 19106-1790

   Aakash Dalal, Pro Se (SBI #792652E)
   South Woods State Prison
   215 Burlington Road South
   Bridgeton, NJ 08302

1. I am employed as a Deputy Attorney General by the State of New Jersey, Office of the Attorney General, Department of Law and Public Safety. I am assigned to the Litigation Practice Group, which provides legal representation to the State of New Jersey and its entities and employees. I am fully familiar with the facts stated in this Certification.

2. I am counsel for Defendants-Appellees, John L. Molinelli, John Higgins, Martin Delaney, Robert Anzilotti, and James Costello (together, "State Defendants").

3. I make the following certification in support of the State Defendants request for a fourteen-day extension of time to file their response brief. *See* Fed. R. App. P. 26(b) and Third Circuit L.A.R. 31.4.

4. After receiving a thirty-five-day extension, Plaintiff-Appellant Aakash Dalal filed his merits brief out of time on December 23, 2025. *See* ECF No 20.[1]

5. In accordance with the standard motion-filing deadlines, the State Defendants' brief was originally due on or before January 22, 2025.

6. State Defendants were verbally granted an initial fourteen days to file their brief, or until February 12, 2025.

---

[1] References to "ECF" in this Certification refer to documents filed on the electronic docket in this Court in this matter.

7. This court granted Defendants-Appellees, Corey Coleman, Ajit David, Tara Jerussi, James Spence and L. Judson Welle's (together, "Federal Defendants") and the State Defendant's subsequent motions requesting forty-five-day extension of time to file their response brief in this appeal. *See* ECF nos. 27 and 30. The State and Federal Defendants current filing deadline is March 31, 2025. *Id.*

8. The State and Federal Defendants have been in extensive communication in a collaborative effort to prepare a supplemental appendix with documents relied on by the district court.

9. The Federal Defendants filed a motion requesting an additional twenty-one-day extension because of Appellant's voluminous appendix, Federal Defendants tentatively filing a supplemental appendix, and scheduling conflicts with other matters. *See* ECF No. 31.

10. Because the State Defendants have been diligently preparing a supplemental appendix with the Federal Defendants, Appellant's voluminous brief and appendix, State Defendants respectfully request that their deadline for filing a response brief similarly be extended through April 21, 2025, to allow State Defendants a similar amount of time to submit a brief.

11. Also, in addition to that, an extension is requested because within the last thirty days, I have been involved over the recent period in a number of other matters that have required immediate attention. More specifically, I have

been preparing response briefs for the New Jersey Superior Court's Appellate Division in the matters of *Marielle Kuczinski v. State of New Jersey et al*, (A-3232-23), *Farad Andrews v. New Jersey Department of Correction*, (A-2353-23), and *David Collins v. New Jersey State Parole Board*, (A-1944-23).

12. As such, I am unable to complete State Defendants' brief by its current due date of March 31, 2025, and respectfully request an additional twenty-one days to prepare State Defendants' merits brief.

13. Because the Federal Defendants have also moved to extend for the same amount of time, there will be no prejudice to Appellant in granting the State Defendants request for same.

14. If granted, the State Defendant's brief would be due on Monday, April 21, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

                                                            _____
                                                            Azeem M. Chaudry (206962019)
                                                            Deputy Attorney General

Dated: March 25, 2025

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street, 5th Floor
Newark, New Jersey 07101
*Attorney for Defendants-Appellees John L. Molinelli, John Higgins, Martin Delaney, Robert Anzilotti, and James Costello*

By:  Azeem M. Chaudry (206962019)
     Deputy Attorney General
     (973) 648-7811
     Azeem.Chaudry@law.njoag.gov

# UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

| | |
|---|---|
| AAKASH DALAL,<br><br>*Plaintiff-Appellant*,<br><br>v.<br><br>JOHN L. MOLINELLI, et al.,<br><br>*Defendants-Appellees*. | Case No. 24-2649<br><br>On Appeal from the United States District Court for the District of New Jersey, Docket No. 20-1434<br><br>**CERTIFICATION OF SERVICE DEFENDANTS-APPELLEES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE BRIEF** |

To:  Office of the Clerk
     United States Court of Appeals for the Third Circuit
     U.S. Courthouse
     601 Market Street
     Philadelphia, PA 19106-1790

     Aakash Dalal, Pro Se (SBI #792652E)
     South Woods State Prison
     215 Burlington Road South
     Bridgeton, NJ 08302

I hereby certify that on March 25, 2025, I electronically filed the within Motion for Extension of Time to File an Opposition Brief and this Certificate of Service with the Clerk of the United States Court of Appeals for the Third Circuit, and that all counsel of record will receive a copy of these documents via CM/ECF, and Plaintiff-Appellant will receive a copy of these documents via certified mail at the following address:

> Aakash Dalal, Pro se (SBI #792652E)
> South Woods State Prison
> 215 Burlington Road South
> Bridgeton, NJ 08302

I declare under penalty of perjury that the foregoing is true and correct.

*Azeem M. Chaudry*
_____
Azeem M. Chaudry (206962019)
Deputy Attorney General

Dated: March 25, 2025